IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PATRICK THOMAS,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>COOK CHILDREN'S HEALTH CARE SYSTEM, et al.,<br><br>　　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§ 　Civil Action 4:20-cv-01272-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## **NON-RESIDENT ATTORNEY, CARDELLE SPANGLER'S APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.9, non-resident attorney Cardelle Spangler ("Applicant") files this Application for Admission *Pro Hac Vice* and respectfully states as follows:

1. Applicant is an attorney with Winston & Strawn LLP, with offices at 35 W. Wacker Drive, Chicago, Illinois 60601; telephone: (312) 558-5600; facsimile: (312) 558-5700; email: CSpangler@winston.com.

2. Applicant will sign all filings with the name Cardelle B. Spangler.

3. Applicant has been retained as a member of the above-named firm by Defendants Cook Children's Health Care System, Cook Children's Physician Network, Cook Children's Medical Center, Rick Merrill, Nancy Cychol, W. Britt Nelson, Larry Reaves, and Donald Beam (collectively, "Defendants") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

4. Applicant is a member in good standing of the bar of the highest court of the state of Illinois, where Applicant regularly practices law.

1

Illinois Bar No.: 6242570        Admission Date:11/06/1997

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| United States District Court for the Eastern District of Michigan | 11/24/2003 | Active |
| United States District Court for the Northern District of Illinois | 12/18/1997 | Active |
| United States Court of Appeals for the Fifth Circuit | 10/14/2016 | Active |
| United States Court of Appeals for the Sixth Circuit | 09/14/2004 | Active |
| United States Court of Appeals for the Seventh Circuit | 11/19/2007 | Active |
| United States Court of Appeals for the Eighth Circuit | 12/19/2018 | Active |
| Supreme Court of the United States | 1/26/2015 | Active |

6. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has not filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years.

10. Local counsel of record associated with Applicant in this matter is Steven H. Stodghill, a practicing attorney with Winston & Strawn LLP, who has officers at 2121 North Pearl Street, Suite 900, Dallas, Texas 75201; telephone: (214) 453-6500; facsimile: (214) 453-6400.

11. Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

12. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 26th day of April, 2021.

Date: April 26, 2021

Respectfully submitted,

*/s/ Cardelle B. Spangler*

Cardelle B. Spangler
IL Bar No. 6242570
CSpangler@winston.com

**WINSTON & STRAWN LLP**
35 West Wacker Drive, Suite 40
Chicago, IL 60601
T: 1-312-558-5600
F: 1-312-558-5700

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's EM/ECF system on April 26, 2021.

> /s/ *Cardelle B. Spangler*
> Cardelle B. Spangler