IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PATRICK THOMAS,<br><br>  Plaintiff<br><br>v.<br><br>COOK CHILDREN'S HEALTH CARE SYSTEM, et al.,<br><br>  Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action 4:20-cv-01272-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING CARDELLE SPANGLER'S APPLICATION FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of Non-Resident Attorney Cardelle B. Spangler.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                                       JUDGE O'CONNOR