IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PATRICK THOMAS, § § Plaintiff § § v. § § COOK CHILDREN'S HEALTH CARE SYSTEM, § COOK CHILDREN'S PHYSICIAN NETWORK, § AND COOK CHILDREN'S MEDICAL CENTER, § and in their individual and official capacities, RICK § MERRILL, NANCY CYCHOL, W. BRITT § NELSON, LARRY REAVES, and DONALD BEAM, § § Defendants § | Civil Action No. 4:20-cv-1272-O |

## DEFENDANTS' EXHIBIT LIST

Pursuant to the Court's March 3, 2021 Scheduling Order, as amended on October 5, 2021 and February 4, 2022, Defendants Cook Children's Health Care System, Cook Children's Physician Network, Cook Children's Medical Center, W. Britt Nelson, Larry Reaves, and Donald Beam file this Defendants' Exhibit List.

The list below fully identifies the exhibits Defendants may offer at the trial of this action based upon the information currently available to them. Defendants note that this list is subject to revision based on future orders of the Court (including its ruling on the pending motions for summary judgment and the pending motions in limine) and the testimony provided as trial. Additionally, the parties continue to work together to achieve agreements and streamline the trial process (which may lead to a revised exhibit list that removes exhibits and avoids duplication).

| No. | Exhibit | Bates | Offered | Admitted |
|---|---|---|---|---|
| 1 | Patrick Thomas Employment Contract with CCPN (with all amendments) | | | |
| 2 | P. Thomas Event Reports 1/1/2007-9/27/2019 | Cook 2834-55 | | |
| 3 | 4/5/2009 Event Report No. 00007868 | Cook 10245-46 | | |
| 4 | 8/8/2009 Event Report No. 00009249 | Cook 10262 | | |
| 5 | 9/9/2009 Minutes of Credentials Committee (redacted) | Thomas Dep Ex. 3 | | |
| 6 | Report of complaints against Dr. Thomas referred to PAC from 1/1/2009 – 8/11/2009 | Thomas Dep Ex. 4 | | |
| 7 | 8/2009 Complaint filed against P. Thomas by A. McIver | Thomas Dep Ex. 4 | | |
| 8 | 9/15/2009 Email from P. Thomas to G. Strong | Thomas Dep Ex. 4 | | |
| 9 | 10/19/2009 Event Report No. 00010367 | Cook 15454-55 | | |
| 10 | 11/16/2009 Email from F. Testa to J. Sanders and G. Strong | Thomas Dep Ex. 4 | | |
| 11 | 11/19/2009 Event Report No. 00010727 | Cook 10237-38 | | |
| 12 | 11/20/2009 Letter from G. Strong to P. Thomas | Cook 4709-10 | | |
| 13 | 11/16/2010 Letter from R. Rhodes to P. Thomas | Cook 6554 | | |
| 14 | 6/1/2011 Email from R. Rhodes to P. Thomas | Thomas 14069 | | |
| 15 | 6/16/2011 Complaint filed against P. Thomas | D's MSJ Appx. 146 | | |
| 16 | 6/21/2011 Letter from R. Rhodes to P. Thomas | Thomas 14070 | | |
| 17 | 9/7/2011 Minutes of Credential Committee (redacted) | Thomas Dep Ex. 9 | | |
| 18 | 9/22/2011 Letter from A. Hernandez to P. Thomas | Cook 4638 | | |
| 19 | 11/21/2011 Letter from R. Rhodes to P. Thomas | Cook 4711-13 | | |
| 20 | 8/13/2012 Event Report No. 0027313 | Cook 13191 | | |
| 21 | 8/27/2012 Email from G. Basham to QAMedStaff, et al. | Cook 13190 | | |
| 22 | 9/14/12 Event Report No. 0027939 | Cook 13194 | | |
| 23 | 10/31/2012 Minutes of Credentials Committee (redacted) | D's MSJ Appx. 166 | | |
| 24 | 10/31/2012 Event Report No. 0028803 | Cook 13195 | | |
| 25 | 11/1/12 Email from A. Hernandez to J. Sanders, et al. | Cook 13198-99 | | |

| 26 | 12/4/2012 Email from P. Thomas to S. Martin, et al. | Cook 13200-01 | | |
|---|---|---|---|---|
| 27 | 12/5/2012 Minutes of Credentials Committee (redacted) | Thomas Dep Ex. 13 | | |
| 28 | 12/20/2012 Letter from A. Hernandez to P. Thomas | Cook 1140 | | |
| 29 | 2/25/2013 Purdie spreadsheet of P. Thomas Event Reports considered by PAC from 2012 | Cook 13188-89 | | |
| 30 | 3/6/2013 Minutes of Credentials Committee (redacted) | Thomas Dep Ex. 14 | | |
| 31 | 3/21/2013 Letter from A. Hernandez to P. Thomas | Cook 2803 | | |
| 32 | 5/28/2013 Email from P. Thomas to B. Nelson, et al. | Cook 5739-46 | | |
| 33 | 6/5/2013 Letter from R. Rhodes to P. Thomas | Cook 2756-57 | | |
| 34 | 8/22/2013 Email from R. Rhodes to P. Thomas | Thomas 14074-75 | | |
| 35 | 8/26/2013 Letter from R. Rhodes to P. Thomas | Thomas 14076 | | |
| 36 | 8/28/2013 Letter from R. Rhodes to R. Mellina | Cook 13185-87 | | |
| 37 | 9/11/2013 Minutes of Credentials Committee (redacted) | Thomas Dep Ex. 21 | | |
| 38 | 9/19/2013 Letter from A. Hernandez to P. Thomas | Cook 2802 | | |
| 39 | 1/17/2014 Letter from R. Mellina to R. Rhodes | Cook 13206 | | |
| 40 | 3/5/2014 Minutes of Credentials Committee (redacted) | Thomas Dep Ex. 24 | | |
| 41 | 3/20/2014 Letter from A. Hernandez to P. Thomas | Cook 2801 | | |
| 42 | 5/14/2014 Letter from R. Mellina to R. Rhodes | Cook 13205 | | |
| 43 | 8/22/2014 Letter from R. Mellina to R. Rhodes | Cook 13207 | | |
| 44 | 2014 Correspondence between R. Mellina and P. Thomas | Thomas 14227-33 | | |
| 45 | 9/17/2015 Letter from N. Cychol to P. Thomas | Cook 1171 | | |
| 46 | 5/18/2017 Event Report No. 00071977 | Cook 11739-45 | | |
| 47 | 9/6/2017 Minutes of Peer Assistance Committee (redacted) | Cook 12083-89 | | |
| 48 | 9/21/2017 Letter from N. Cychol to P. Thomas | Cook 4940 | | |
| 49 | 12/28/2017 Event Report No. 00136256 | Cook 11728-32 | | |
| 50 | 1/2/2018 Email from F. Testa to P. Thomas, et al. | Thomas 14067-68 | | |
| 51 | 4/24/2018 Event Report No. 00160421 | Cook 10333-34 | | |

| | | | | |
|---|---|---|---|---|
| 52 | 4/25/2018 Event Report No. 00160441 | Cook 10335 | | |
| 53 | 5/1/2018 Patient Relations Dept. Case Report | Cook 15349-50 | | |
| 54 | 5/2/2018 Event Report No. 00160696 | Cook 10338-39 | | |
| 55 | 5/4/2018 Event Report No. 00160784 | Cook 11750-51 | | |
| 56 | 5/14/2018 Event Report No. 00161087 | Cook 10336-37 | | |
| 57 | 5/22/2018 Event Report No. 00161324 | Cook 10340-41 | | |
| 58 | 6/4/2018 Event Report No. 00161711 | Cook 10342-43 | | |
| 59 | 6/12/2018 Event Report No. 00161913 | Cook 11752-53 | | |
| 60 | 7/17/2018 Event Report No. 00162870 | Cook 10344 | | |
| 61 | 6/2018 & 7/2018 Complaints filed against P. Thomas | Cook 14606-07 | | |
| 62 | 8/6/2018 Event Report No. 00163357 | Cook 10346-47 | | |
| 63 | 8/13/2018 Patient Relations Dept. Case Report | Cook 9954-68 | | |
| 64 | 8/15/2018 Event Report No. 00163630 | Cook 10345 | | |
| 65 | 8/27/2018 Purdie spreadsheet of P. Thomas Event Reports considered by PAC from 2009-2018 | Cook 12339-45 | | |
| 66 | 9/4/2018 Event Report No. 00164054 | Cook 10348 | | |
| 67 | 9/6/2018 Event Report No. 00164096 | Cook 10349 | | |
| 68 | 9/6/2018 Alertline System Report re Complaint against P. Thomas received on Hotline | Thomas 14048-50 | | |
| 69 | 11/16/2018 Event Report No. 00165670 | Cook 11747-49 | | |
| 70 | 2018 Complaint asserted against P. Thomas | Cook 14608 | | |
| 71 | 2/1/2019 Event Report No. 00167311 | Cook 10351-53 | | |
| 72 | 2/6/2019 Email from L. Reaves to S. Purdie | Cook 13225-26 | | |
| 73 | 4/27/2019 Event Report No. 00169450 | Cook 10359-60 | | |
| 74 | 5/28/2019 Event Report No. 00170151 | Cook 11758-60 | | |
| 75 | 5/28/2019 Event Report No. 00170154 | Cook 11761-63 | | |
| 76 | 5/31/2019 Email from O. Chapa to V. Gibbs | Cook 5040-42 | | |
| 77 | 7/3/2019 Email from J. Iglesias to P. Thomas | Cook 191 | | |

| 78 | 7/3/2019 Email from P. Thomas to B. Nelson | Cook 1175 | | |
|---|---|---|---|---|
| 79 | 7/28/2019 Event Report No. 00171514 | Cook 10361-62 | | |
| 80 | 7/29/2019 Email from A. McMurdo to V. Gibbs | Cook 5043 | | |
| 81 | 7/30/2019 Event Report No. 00171545 | Cook 10363-64 | | |
| 82 | 7/30/2019 Event Report No. 00171549 | Cook 11764-65 | | |
| 83 | 7/31/2019 Email from J. Dawson to V. Gibbs | Cook 5044 | | |
| 84 | 8/1/2019 Email from B. Nelson to P. Thomas | Cook 1186 | | |
| 85 | 8/24/2019 Email from N. Nelson to V. Tolley | Cook 16941 | | |
| 86 | 9/4/2019 Email from B. Nelson to P. Thomas, et al. | Thomas Dep Ex. 37 | | |
| 87 | 9/17/2019 Minutes of the CCMC Medical Board (redacted) | Cook 12522-31 | | |
| 88 | 9/19/2019 Minutes of the CCMC Board of Trustees, Executive Committee (redacted) | Cook 9999-10003 | | |
| 89 | 9/19/2019 Letter from D. Beam to P. Thomas | Cook 11 | | |
| 90 | 9/19/2019 Letter from N. Cychol to P. Thomas | Cook 4925 | | |
| 91 | 9/27/2019 Email from P. Thomas to B. Nelson, et al. | Cook 12-16 | | |
| 92 | 9/27/2019 Letter from J. Gallagher to P. Thomas | D's MSJ Appx. 219 | | |
| 93 | 10/2/2019 Minutes of Peer Assistance Committee (redacted) | Cook 12153-58 | | |
| 94 | 10/3/2019 Event Report No. 00173171 | Cook 10350 | | |
| 95 | 10/4/2019 Email from M. Perez to J. Uffman, et al. | Cook 16835-37 | | |
| 96 | 10/7/2019 Email from J. Gallagher to P. Thomas | D's MSJ Appx. 220 | | |
| 97 | 10/8/2019 Letter from L. Reaves to P. Thomas | D's MSJ Appx. 221-33 | | |
| 98 | 10/9/2019 Email from P. Thomas to J. Gallagher | D's MSJ Appx. 239-40 | | |
| 99 | 10/11/2019 Email from S. Purdie to P. Thomas | D's MSJ Appx. 241-50 | | |
| 100 | 10/11/2019 Email from P. Thomas to J. Gallagher | D's MSJ Appx. 251 | | |
| 101 | 10/11/2019 Email from L. Copeland to N. Burt, et al. | D's MSJ Appx. 254-55 | | |
| 102 | 10/11/2019 Letter from J. Gallagher to P. Thomas | D's MSJ Appx. 252-53 | | |
| 103 | 10/17/2019 Letter from P. Thomas to C. Uffman, et al. | D's MSJ Appx. 256-59 | | |

**DEFENDANTS' EXHIBIT LIST** – Page 5

| | | | | |
|---|---|---|---|---|
| 104 | 10/21/2019 Letter from N. Burt, et al. to L. Reaves | D's MSJ Appx. 260-63 | | |
| 105 | 10/23/2019 Minutes of Peer Assistance Committee (redacted) | Cook 12145-52 | | |
| 106 | 10/25/2019 Email from R. Rhodes to P. Thomas | D's MSJ Appx. 264 | | |
| 107 | 10/28/2019 Email from P. Thomas to R. Rhodes | D's MSJ Appx. 265 | | |
| 108 | 10/30/19 Email from P. Thomas to J. Uffman, et al. | Thomas 189-90 | | |
| 109 | 11/14/2019 Letter from L. Reaves to P. Thomas | D's MSJ Appx. 266 | | |
| 110 | 11/22/2019 Email from P. Thomas to L. Reaves, et al. | D's MSJ Appx. 267-69 | | |
| 111 | 12/2/2019 Email from D. Beam to P. Thomas, et al. | D's MSJ Appx. 270-73 | | |
| 112 | 12/4/2019 Email from P. Thomas to D. Beam, et al. | D's MSJ Appx. 274-78 | | |
| 113 | 12/09/2019 Chart re P. Thomas clinic issues | Cook 16838 | | |
| 114 | 12/10/2019 Email from J. Iglesias to B. Nelson, et al. | Cook 16497 | | |
| 115 | 12/17/2019 Email from J. Gallagher to P. Thomas, et al. | D's MSJ Appx. 279-85 | | |
| 116 | 12/19/2019 Minutes of the CCMC Board of Trustees, Executive Committee (redacted) | Cook 15364-71 | | |
| 117 | 12/26/2019 Email from E. Beebe to P. Thomas | Cook 16768-69 | | |
| 118 | 12/30/2019 Letter from D. Beam to P. Thomas | Cook 4919 | | |
| 119 | 1/6/2020 Email from D. Brimer to B. Nelson | Cook 17241 | | |
| 120 | 1/6/2020 Email from J. Gallagher to P. Thomas, et al. | D's MSJ Appx. 287-95 | | |
| 121 | 1/7/2020 Email from P. Thomas to J. Gallagher, et al. | D's MSJ Appx. 296 | | |
| 122 | 1/9/2020 Email from J. Gallagher to P. Thomas, et al. | D's MSJ Appx. 297 | | |
| 123 | 1/9/2020 Email from S. Purdie to P. Thomas, et al. | D's MSJ Appx. 298-302 | | |
| 124 | 1/10/2020 Email from L. Reaves to P. Thomas | D's MSJ Appx. 307-09 | | |
| 125 | 1/10/2020 Email from B. Schmidt v. P. Thomas, et al. | D's MSJ Appx. 310-11 | | |
| 126 | 1/10/2020 Email from P. Thomas to J. Gallagher, et al. | D's MSJ Appx. 312-13 | | |
| 127 | 1/13/2020 Email from P. Thomas to R. Merrill, et al. | D's MSJ Appx. 314-15 | | |

| | | | | |
|---|---|---|---|---|
| 128 | 1/14/2020 Email from R. Merrill to P. Thomas, et al. | D's MSJ Appx. 316-17 | | |
| 129 | 1/15/2020 Email from L. Reaves to P. Thomas, et al. | D's MSJ Appx. 318-20 | | |
| 130 | 1/17/2020 Email from B. Schmidt to P. Thomas, et al. | D's MSJ Appx. 321 | | |
| 131 | 1/17/2020 Minutes of Peer Assistance Committee (redacted) | Cook 17669-73 | | |
| 132 | 1/24/2020 Letter from T. Wallace to R. Cawyer | Cook 14675-82 | | |
| 133 | 1/23/2020 Memorandum from PAC to JCC | Cook 10397-401 | | |
| 134 | 1/27/2020 Event Report No. 00176043 | Cook 11770-73 | | |
| 135 | 1/29/2020 Letter from D. Beam to P. Thomas | D's MSJ Appx. 322 | | |
| 136 | 1/31/2020 Email from P. Thomas to D. Beam, et al. | D's MSJ Appx. 323 | | |
| 137 | 1/31/2020 Letter from D. Beam to P. Thomas | D's MSJ Appx. 324-25 | | |
| 138 | 2/5/2020 Email from P. Thomas to L. Reaves, et al. and attachments | Cook 5848, 3931-4244, 4245-4583 | | |
| 139 | 2/5/2020 Minutes of Credentials Committee (redacted) | Cook 12006-07 | | |
| 140 | 2/10/2020 Email from P. Thomas to R. Merrill, et al. | D's MSJ Appx. 326-27 | | |
| 141 | 2/11/2020 Email from R. Merrill to P. Thomas, et al. | D's MSJ Appx. 328-29 | | |
| 142 | 2/12/2020 Minutes of Credentials Committee (redacted) | Cook 11996-2005 | | |
| 143 | 2/18/2020 Minutes of the CCMC Medical Board (redacted) | Cook 12526-29 | | |
| 144 | 2/20/2020 Minutes of the CCMC Board of Trustees, Executive Committee (redacted) | Cook 9990-94 | | |
| 145 | 2/20/2020 Letter from N. Cychol to P. Thomas | D's MSJ Appx. 330-32 | | |
| 146 | 2/26/2020 Letter from B. Nelson to P. Thomas | D's MSJ Appx. 333-34 | | |
| 147 | 2/27/2020 Email from P. Thomas to V. Gibbs | D's MSJ Appx. 335-37 | | |
| 148 | 2/28/2020 Email from P. Thomas to N. Cychol | D's MSJ Appx. 338 | | |
| 149 | 3/2020 Notes from N. Burt re P. Thomas | D's MSJ Appx. 340-43 | | |

| | | | | |
|---|---|---|---|---|
| 150 | 3/4/2020 Minutes of Credentials Committee (redacted) | Cook 15758-65 | | |
| 151 | 3/5/2020 Email from J. Iglesias to V. Tolley | Cook 16843 | | |
| 152 | 3/5/2020 Memo from T. Wallace to B. Schmidt | Cook 14054-57 | | |
| 153 | 3/19/2020 Minutes of the CCMC Board of Trustees, Executive Committee (redacted) | Cook 15377-80 | | |
| 154 | CCMC Practitioner Orders Policy | Cook 17315-23 | | |
| 155 | CCHCS Anti-Discrimination and Anti-Harassment Policy | Cook 17310-14 | | |
| 156 | CCHCS Event/Near Miss Reporting Policy | Cook 16730-33 | | |
| 157 | CCPN Termination of Physician Employment Contracts Policy | Cook 2684-87 | | |
| 158 | The Bylaws of the Professional Staff of CCMC | Cook 7764-840 | | |
| 159 | Rules and Regulations of the Professional Staff of CCMC | Cook 7841-69 | | |
| 160 | Credentialing Procedures Manual | Cook 7914-41 | | |
| 161 | 2/24/2016 Minutes of Peer Assistance Committee (redacted) | Cook 18067-73 | | |
| 162 | 6/22/2016 Minutes of Peer Assistance Committee (redacted) | Cook 18095-101 | | |
| 163 | 8/31/2016 Minutes of Peer Assistance Committee (redacted) | Cook 18102-08 | | |
| 164 | 10/19/2016 Minutes of Peer Assistance Committee (redacted) | Cook 18109-15 | | |
| 165 | 2/22/2017 Minutes of Peer Assistance Committee (redacted) | Cook 15811-16 | | |
| 166 | 4/26/2017 Minutes of Peer Assistance Committee (redacted) | Cook 15817-25 | | |
| 167 | 6/28/2017 Minutes of Peer Assistance Committee (redacted) | Cook 15826-32 | | |
| 168 | 10/25/2017 Minutes of Peer Assistance Committee (redacted) | Cook 15803-10 | | |
| 169 | 12/8/2017 Minutes of Peer Assistance Committee (redacted) | Cook 18116-20 | | |
| 170 | 12/20/2017 Minutes of Peer Assistance Committee (redacted) | Cook 18121-26 | | |
| 171 | 1/31/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15840-48 | | |
| 172 | 4/25/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15865-73 | | |
| 173 | 6/27/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15874-79 | | |

| | | | | |
|---|---|---|---|---|
| 174 | 8/29/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15880-86 | | |
| 175 | 10/24/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15849-57 | | |
| 176 | 12/19/2018 Minutes of Peer Assistance Committee (redacted) | Cook 15858-64 | | |
| 177 | 2/27/2019 Minutes of Peer Assistance Committee (redacted) | Cook 15887-93 | | |
| 178 | 4/24/2019 Minutes of Peer Assistance Committee (redacted) | Cook 15894-901 | | |
| 179 | 2/26/2020 Minutes of Peer Assistance Committee (redacted) | Cook 15944-52 | | |
| 180 | 6/24/2020 Minutes of Peer Assistance Committee (redacted) | Cook 15925-30 | | |
| 181 | 8/26/2020 Minutes of Peer Assistance Committee (redacted) | Cook 15931-36 | | |
| 182 | 10/28/2020 Minutes of Peer Assistance Committee (redacted) | Cook 15916-24 | | |
| 183 | 12/16/2020 Minutes of Peer Assistance Committee (redacted) | Cook 15937-43 | | |
| 184 | 2/24/2021 Minutes of Peer Assistance Committee (redacted) | Cook 18074-83 | | |
| 185 | 4/28/2021 Minutes of Peer Assistance Committee (redacted) | Cook 18084-94 | | |
| 186 | 6/23/2021 Minutes of Peer Assistance Committee (redacted) | Cook 18045-54 | | |
| 187 | 8/4/2021 Minutes of Peer Assistance Committee (redacted) | Cook 18055-61 | | |
| 188 | 1/13/2016 Minutes of Credentials Committee (redacted) | Cook 17682-90 | | |
| 189 | 2/10/2016 Minutes of Credentials Committee (redacted) | Cook 17691-99 | | |
| 190 | 3/2/2016 Minutes of Credentials Committee (redacted) | Cook 17716-23 | | |
| 191 | 4/13/2016 Minutes of Credentials Committee (redacted) | Cook 17774-81 | | |
| 192 | 5/11/2016 Minutes of Credentials Committee (redacted) | Cook 17791-98 | | |
| 193 | 6/18/2016 Minutes of Credentials Committee (redacted) | Cook 17806-13 | | |
| 194 | 7/13/2016 Minutes of Credentials Committee (redacted) | Cook 17955-63 | | |
| 195 | 8/10/2016 Minutes of Credentials Committee (redacted) | Cook 17999-18008 | | |
| 196 | 9/14/2016 Minutes of Credentials Committee (redacted) | Cook 17881-90 | | |

| | | | | |
|---|---|---|---|---|
| 197 | 10/12/2016 Minutes of Credentials Committee (redacted) | Cook 17908-14 | | |
| 198 | 11/2/2016 Minutes of Credentials Committee (redacted) | Cook 17924-30 | | |
| 199 | 12/7/2016 Minutes of Credentials Committee (redacted) | Cook 18037-44 | | |
| 200 | 1/11/2017 Minutes of Credentials Committee (redacted) | Cook 17674-81 | | |
| 201 | 2/8/2017 Minutes of Credentials Committee (redacted) | Cook 15583-91 | | |
| 202 | 3/1/2017 Minutes of Credentials Committee (redacted) | Cook 17708-15 | | |
| 203 | 4/12/2017 Minutes of Credentials Committee (redacted) | Cook 17765-73 | | |
| 204 | 5/10/2017 Minutes of Credentials Committee (redacted) | Cook 15592-601 | | |
| 205 | 6/14/2017 Minutes of Credentials Committee (redacted) | Cook 15602-09 | | |
| 206 | 7/12/2017 Minutes of Credentials Committee (redacted) | Cook 17949-54 | | |
| 207 | 8/9/2017 Minutes of Credentials Committee (redacted) | Cook 17991-98 | | |
| 208 | 9/13/2017 Minutes of Credentials Committee (redacted) | Cook 17870-80 | | |
| 209 | 10/11/2017 Minutes of Credentials Committee (redacted) | Cook 17891-98 | | |
| 210 | 11/1/2017 Minutes of Credentials Committee (redacted) | Cook 17915-23 | | |
| 211 | 12/6/2017 Minutes of Credentials Committee (redacted) | Cook 15574-82 | | |
| 212 | 1/10/2018 Minutes of Credentials Committee (redacted) | Cook 17830-41 | | |
| 213 | 3/7/2018 Minutes of Credentials Committee (redacted) | Cook 17740-46 | | |
| 214 | 4/11/2018 Minutes of Credentials Committee (redacted) | Cook 17756-64 | | |
| 215 | 5/9/2018 Minutes of Credentials Committee (redacted) | Cook 17782-90 | | |
| 216 | 6/13/2018 Minutes of Credentials Committee (redacted) | Cook 15619-28 | | |
| 217 | 7/11/2018 Minutes of Credentials Committee (redacted) | Cook 15629-37 | | |
| 218 | 9/12/2018 Minutes of Credentials Committee (redacted) | Cook 17860-69 | | |
| 219 | 8/18/2018 Minutes of Credentials Committee (redacted) | Cook 17981-90 | | |

| | | | | |
|---|---|---|---|---|
| 220 | 10/11/2018 Minutes of Credentials Committee (redacted) | Cook 17899-907 | | |
| 221 | 11/7/2018 Minutes of Credentials Committee (redacted) | Cook 18027-36 | | |
| 222 | 12/5/2018 Minutes of Credentials Committee (redacted) | Cook 15610-18 | | |
| 223 | 1/9/2019 Minutes of Credentials Committee (redacted) | Cook 15638-48 | | |
| 224 | 2/13/2019 Minutes of Credentials Committee (redacted) | Cook 15668-79 | | |
| 225 | 3/6/2019 Minutes of Credentials Committee (redacted) | Cook 17732-39 | | |
| 226 | 4/10/2019 Minutes of Credentials Committee (redacted) | Cook 17747-55 | | |
| 227 | 5/8/2019 Minutes of Credentials Committee (redacted) | Cook 15680-89 | | |
| 228 | 6/12/2019 Minutes of Credentials Committee (redacted) | Cook 15690-99 | | |
| 229 | 7/10/2019 Minutes of Credentials Committee (redacted) | Cook 15700-08 | | |
| 230 | 8/14/2019 Minutes of Credentials Committee (redacted) | Cook 17842-51 | | |
| 231 | 9/11/2019 Minutes of Credentials Committee (redacted) | Cook 15709-17 | | |
| 232 | 10/9/2019 Minutes of Credentials Committee (redacted) | Cook 15649-56 | | |
| 233 | 11/6/2019 Minutes of Credentials Committee (redacted) | Cook 18018-26 | | |
| 234 | 12/4/2019 Minutes of Credentials Committee (redacted) | Cook 15657-67 | | |
| 235 | 1/8/2020 Minutes of Credentials Committee (redacted) | Cook 17821-29 | | |
| 236 | 4/8/2020 Minutes of Credentials Committee (redacted) | Cook 15766-73 | | |
| 237 | 5/13/2020 Minutes of Credentials Committee (redacted) | Cook 15774-82 | | |
| 238 | 6/10/2020 Minutes of Credentials Committee (redacted) | Cook 17931-39 | | |
| 239 | 7/8/2020 Minutes of Credentials Committee (redacted) | Cook 17940-48 | | |
| 240 | 8/12/2020 Minutes of Credentials Committee (redacted) | Cook 18009-17 | | |
| 241 | 9/9/2020 Minutes of Credentials Committee (redacted) | Cook 17852-59 | | |
| 242 | 10/14/2020 Minutes of Credentials Committee (redacted) | Cook 15718-26 | | |

| | | | | |
|---|---|---|---|---|
| 243 | 11/4/2020 Minutes of Credentials Committee (redacted) | Cook 15727-36 | | |
| 244 | 12/2/2020 Minutes of Credentials Committee (redacted) | Cook 15737-47 | | |
| 245 | 1/13/2021 Minutes of Credentials Committee (redacted) | Cook 15783-93 | | |
| 246 | 2/10/2021 Minutes of Credentials Committee (redacted) | Cook 17700-07 | | |
| 247 | 3/3/2021 Minutes of Credentials Committee (redacted) | Cook 17724-31 | | |
| 248 | 4/14/2021 Minutes of Credentials Committee (redacted) | Cook 15794-802 | | |
| 249 | 5/12/2021 Minutes of Credentials Committee (redacted) | Cook 17799-805 | | |
| 250 | 6/9/2021 Minutes of Credentials Committee (redacted) | Cook 17814-20 | | |
| 251 | 7/14/2021 Minutes of Credentials Committee (redacted) | Cook 17964-71 | | |
| 252 | 8/11/2021 Minutes of Credentials Committee (redacted) | Cook 17972-80 | | |
| 253 | 11/18/2020 Email from Duke MMCI to P. Thomas | Thomas 14180 | | |
| 254 | 1/6/2020 Email from C. Diederich to P. Thomas | Thomas 14179 | | |
| 255 | 1/23/2020 Email from T. Freckleton to P. Thomas | Thomas 2480 | | |
| 256 | 1/30/2020 Letter from R. Sears to P, Thomas | Thomas 14175-77 | | |
| 257 | DukeHub Report re Academic Loans/Scholarship | Thomas 14178 | | |
| 258 | Duke Academic Calendar 2020-21 | Thomas 14174 | | |
| 259 | Duke MMcI Monthly Calendar Schedule | | | |
| 260 | 5/8/2020 Email from P. Thomas to C. Keller | Thomas 3210-17 | | |
| 261 | 5/18/2020 Email from P. Thomas to C. Keller, et al. | Thomas 3255-58 | | |
| 262 | 5/28/2020 Email from P. Thomas to A. Camargo | Thomas 3315-16 | | |
| 263 | 5/28/2020 Email from P. Thomas to J. McCann | Thomas 8354-58 | | |
| 264 | 7/2/2020 Email from P. Thomas to T. Freckleton | Thomas 2672-74 | | |
| 265 | 7/16/20 Email from P. Thomas to K. Sopp. | Thomas 2990-3005 | | |
| 266 | 7/24/2020 Email from P. Thomas to K. Sopp. | Thomas 3037 | | |

| | | | | |
|---|---|---|---|---|
| 267 | 8/20/2020 Email from P. Thomas to A. Camargo | Thomas 4042-44 | | |
| 268 | 9/15/2020 Email from P. Thomas to A. Camargo | Thomas 4488-90 | | |
| 269 | 10/7/2020 Email from P. Thomas to T. Freckleton | Thomas 2796-98 | | |
| 270 | 5/6/2021 Letter from D. Mercer, et al. to P. Thomas | | | |
| 271 | 2018 Tax Return for P. Thomas | | | |
| 272 | 2019 Tax return for P. Thomas | | | |
| 273 | 2020 Amended tax return for P. Thomas | | | |
| 274 | P. Thomas pay stubs from Nebraska | Assorted | | |
| 275 | Locums Pay Information | | | |
| 276 | Nebraska Pediatric Practice, Inc. Compensation Plan | Thomas 8023-35 | | |
| 277 | CV for Helen Reynolds | | | |
| 278 | CV for Wesley D. Millican | | | |

**Statement Regarding Defendants' Exhibits**

The parties continue to work together to achieve agreements and streamline the trial process (which may lead to a revised exhibit list that removes exhibits and avoids duplications.

As of today's date, the parties agree to the admissibility of the following Defendants' Exhibits: 1, 5, 18, 28, 31, 32, 35, 38, 41, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 63, 64, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 84, 85, 86, 87, 89, 90, 91, 92, 95, 96, 97, 98, 99, 100, 101, 102, 103, 103, 106, 107, 108, 109, 110, 111, 112, 115, 117, 118, 120, 121, 122, 123, 124, 125, 126, 127[1], 128, 129, 130[1], 131, 132, 133, 134, 135, 136[1], 137[1], 138, 139, 140, 141, 143, 145, 146, 147[1], 148, 154, 155, 156, 157, 158, 159, 160, 253, 254, 255, 256, 257, 258, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, and 276

As of today's date, Plaintiff objects to the admissibility of the following Defendants' Exhibits, and the legal grounds of each objection are contained in the attached Exhibit 1, Plaintiff's Pretrial Objections To Defendants' Exhibit List (Dckt. 108):  2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 29, 30, 33, 34, 36, 37, 39, 40, 42, 43, 44, 46, 47, 59, 61, 62, 65, 70, 79, 80, 81, 82, 83, 88, 93[2], 94, 105[2], 113, 114, 116[2], 119, 127, 142[2], 144[2], 149, 150[2], 151, 152, 153[2], 161, 162[2], 163, 164, 165, 166, 16[2]. 168[2], 169, 170, 171, 172, 173, 174[2], 175[2], 17[2], 177[2], 178, 179[2], 180[2], 181[2], 182[2], 183[2], 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230,

---

[1]  Pursuant to Defendants' agreement to use a clean, fully legible copy of the document.

[2]  For these exhibits, Plaintiff's only objection is a FRCP 26 objection to Defendants asking witnesses questions about the redacted portions of each exhibit. The parties are working to reach an agreement that will move this exhibits up to the agreed list of admissible exhibits.

$231^2$, $232^2$, 233, $234^2$, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 259, 277, and 278.

| | |
|---|---|
| _/s/ Christine A. Hopkins_ | _/s/ Geoffrey S. Harper_ |
| Christine A. Hopkins | Geoffrey S. Harper |
| Counsel for Plaintiff | Counsel for Defendants |

Date: <u>March 17, 2022</u>    <u>/s/ Geoffrey Harper</u>

Steven H. Stodghill
TX Bar No. 19261100
sstodghill@winston.com
Geoffrey S. Harper
TX Bar No. 00795408
gharper@winston.com
Claire E. Dial
TX Bar No. 24116283
cdial@winston.com
**WINSTON & STRAWN LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
T: 1-214-453-6500
Facsimile: 1-214-453-6400

Cardelle B. Spangler
IL Bar No. 6242570
CSpangler@winston.com
*Pro Hac Vice*
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Suite 40
Chicago, IL 60601
T: 1-312-558-5600
F: 1-312-558-5700

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on March 17, 2022.

<u>/s/ *Geoffrey Harper*</u>
Geoffrey Harper