# EXHIBIT B

# Claire Dial

Associate in Dallas
cdial@winston.com
+1 214-453-6572 (Dallas)



**Claire is a litigation associate in the firm's Dallas office focusing on complex commercial litigation matters.**

| | |
|---|---|
| **Services** | Complex Commercial Litigation |
| **Admissions** | Texas |
| **Clerkships** | USDC - Eastern District of TX for the Honorable Kimberly C. Priest Johnson |
| **Court Admissions** | Northern District of Texas |
| **Education** | University of Texas, JD, 2019 |
| | University of Texas, BA, 2016 |

Claire Dial is a complex commercial litigation associate in the firm's Dallas office. Her practice focuses primarily on complex commercial litigation matters, including business disputes, consumer products liability, and employment discrimination. Claire has experience drafting discovery documents, preparing witnesses to give testimony at depositions and trials, and drafting substantive briefs in both federal and Texas state courts. Prior to joining the firm, she served as a Judicial Clerk for the Honorable Kimberly Priest Johnson for the U.S. District Court Eastern District of Texas.

## Credentials

Claire received her B.A. with honors in History from The University of Texas at Austin in 2016. She received her J.D. from the University of Texas School of Law in 2019, where she was the Associate Editor at *Texas Law Review*.

© 2022 Winston & Strawn LLP

# Dylan French

Associate in Dallas
dfrench@winston.com
+1 214-453-6574 (Dallas)



**Dylan is an associate in the firm's Dallas office, and focuses his practice on complex commercial litigation.**

| | |
|---|---|
| **Services** | Litigation, Complex Commercial Litigation |
| **Admissions** | Texas |
| **Clerkships** | USCA - Fifth Circuit for the Honorable Priscilla R. Owen |
| **Court Admissions** | Western District of Texas, Fifth U.S. Circuit Court of Appeals |
| **Education** | University of Texas, JD, 2019 |
| | Southern Methodist University, BBA, 2015 |

Dylan is a litigation associate in the firm's Dallas office. His practice focuses on complex commercial litigation. Prior to joining the firm, Dylan clerked for Chief Judge Priscilla R. Owen of the United States Court of Appeals for the Fifth Circuit. He also worked as a law fellow in the Special Litigation Unit at the Texas Attorney General's Office, assisting with investigation and strategy related to the landmark Google antitrust lawsuit.

## Activities

- Dallas Bar Association
- Dallas Association of Young Lawyers

## Credentials

Dylan received his B.B.A., *cum laude*, in Accounting from Southern Methodist University in 2015. He received his J.D., with High Honors, from the University of Texas School of Law in 2019, where he was an Associate Editor of the *Texas Law Review*, and a member of the Chancellor's Society and the Order of the Coif.

## Publications & Speaking Engagements

The Cutting Edge of Confession Evidence, Redefining Coercion and Reforming Police Interrogation Techniques in the American Criminal Justice System, 97 Tex. L Rev. 1031 (2019).

© 2022 Winston & Strawn LLP

# Mike Gaddis

Of Counsel in Dallas
mgaddis@winston.com
+1 214-453-6466 (Dallas)



**Mike represents public and closely held companies, as well as individuals in complex business litigation. He is a former Associate Professor of History at Syracuse University, and has experience as a law clerk for the U.S. Court of Appeals for the Eleventh Circuit, and a visiting prosecutor at the Dallas County District Attorney's office.**

| | |
|---|---|
| **Services** | Litigation, Complex Commercial Litigation, Government Program Fraud, False Claims Act, and Qui Tam Litigation, Trade Secrets |
| **Admissions** | Texas |
| **Clerkships** | USCA - Eleventh Circuit for the Honorable Ed Carnes |
| **Education** | University of Texas, JD, 2009 |
| | Princeton University, PHD, 1999 |
| | Wesleyan University, BA, 1992 |
| | University of Oxford, MA, 1993 |

Mike Gaddis' practice emphasizes complex business litigation, with a particular focus on trade secret litigation and *qui tam*/whistleblower litigation. He has represented public and closely held companies, as well as individuals, in areas such as trade secrets, business torts, breach of contract, copyright and trademark claims, employment disputes, and securities investigations.

Prior to joining Winston, Mike was a Principal in the Dallas office of another Am Law 100 firm. He was a law clerk for the Honorable Ed Carnes of the U.S. Court of Appeals for the Eleventh Circuit, an intern for the Honorable Sherry Radack of the First Court of Appeals in Houston, and an Associate Professor of History at Syracuse University. Mike also served as a visiting prosecutor at the Dallas County District Attorney's office, where he tried eight cases to verdict.

## Experience

### Trade Secrets

- Defended a major international provider of software services in a lawsuit alleging misappropriation of a competitor's proprietary software code. After winning multiple summary judgment motions that sharply narrowed the plaintiff's claims, the case settled.
- Represented plaintiff, a small company providing specialized migration services for legacy mainframe software, in a lawsuit alleging breach of contract and misappropriation of confidential information by a competitor. Obtained a favorable settlement.

© 2022 Winston & Strawn LLP

**Whistleblower Suits**

- Represented both whistleblower plaintiffs and corporate defendants in several qui tam lawsuits under the False Claims Act, in areas such as military defense contracting, Medicare/Medicaid, and pharmaceuticals

**Employment**

- Defended a leading retail merchandising company against Fair Labor Standards Act lawsuit over alleged overtime violations. Successfully defeated plaintiffs' bid to certify a nationwide class that would have included tens of thousands of current and former employees.

*Some of the experience represented here may have been handled at a previous firm.*

## Honors & Awards

- Allen Lane Roberts Presidential Scholarship Award

## Activities

- *Texas Law Review*, Articles Editor
- *Texas Review of Law & Politics*, Managing Editor

## Credentials

Mike received his B.A., with honors, from Wesleyan University in 1992, his M.St. from Oxford University in 1993, and his Ph.D., with distinction, from Princeton University in 1999. He received his J.D. from the University of Texas at Austin School of Law in 2009.

## Publications & Speaking Engagements

- Note, "When is a Dog Really a Duck? The True-Sale Problem in Securities Law," 87 *Texas Law Review* 487 (2008)

© 2022 Winston & Strawn LLP

# Eric L. Halpern

Associate in Dallas
ehalpern@winston.com
+1 214-453-6578 (Dallas)



**Eric is a Complex Commercial Litigation associate in the firm's Dallas office with a background in business finance.**

| | |
|---|---|
| **Admissions** | Texas |
| **Court Admissions** | Western District of Texas |
| **Education** | University of Texas, JD, 2019 |
| | University of Texas, BBA, 2016 |

Eric is a Complex Commercial Litigation associate in the firm's Dallas office. He has a wide breadth of experience including, but not limited to, conducting legal research on a variety of issues, drafting and responding to discovery requests, conducting document review, preparing deposition outlines, and drafting motions – with a focus on discovery and dispositive motions. He is a member of the firm's Videogame, Gaming and Esports Group dedicated to providing comprehensive legal solutions to companies in these industries.

Eric has experience with class actions, labor and employment disputes, and companies in the energy sector (oil and gas). He participated in mediation on three different matters, all of which were successful in resolving the dispute. Additionally, Eric has dedicated a significant amount of time to *pro bono* matters, including drafting a criminal appeal for a prisoner in Illinois and deposing a fact witness for a prisoner's constitutional excessive force claim under Section 1983.

## Honors & Awards

- Townes Hall Scholar
- Semifinalist, Thad T. Hutcheson Moot Court Competition
- Dean's Achievement Award for Persuasive Writing and Advocacy
- Dean's Achievement Award for Negotiation

## Credentials

Eric received his B.A. from The University of Texas at Austin in 2016. He received his J.D., with honors, from The University of Texas School of Law, where he was staff editor of the *Texas Review of Litigation.*

© 2022 Winston & Strawn LLP

# Will Hamilton

Associate in Dallas
whamilton@winston.com
+1 214-453-6545 (Dallas)



**Will is a litigation associate in the firm's Dallas office. He draws on his experience with the judiciary and the business sector to effectively advocate for clients.**

| | |
|---|---|
| **Services** | Complex Commercial Litigation |
| **Admissions** | Texas |
| **Clerkships** | USDC - Northern District of TX for the Honorable Sidney A. Fitzwater |
| **Education** | Southern Methodist University, JD, 2020 |
| | University of Wisconsin-Madison, BA, 2013 |

Will Hamilton is a litigation associate in the firm's Dallas office. Prior to joining the firm, he served as a judicial law clerk to the Honorable Sidney A. Fitzwater in the United States District Court for the Northern District of Texas.

Will graduated first in his class from SMU Dedman School of Law, where he served as Associate Managing Editor on the SMU Law Review and as Vice President of the Christian Legal Society. He was also selected to be Chief Counsel in SMU's Criminal Justice Clinic, where he represented indigent defendants through all stages of their case and supervised other student attorneys. Additionally, Will had the privilege of interning for the Honorable Jane J. Boyle in the United States District Court for the Northern District of Texas.

Before law school, Will gained valuable business experience working as an international financial analyst at the Nation's largest video game retailer and before that as a financial analyst at a multinational personal care corporation.

## Credentials

Will received his B.A. in Economics and English from the University of Wisconsin-Madison in 2013. He received his J.D., *summa cum laude*, from Southern Methodist University's Dedman School of Law in 2020, where he was valedictorian and Associate Managing Editor at the SMU Law Review. Will was also Vice President of the Christian Legal Society and elected to the Order of the Coif.

© 2022 Winston & Strawn LLP

# Geoffrey Scott Harper

Partner in Dallas
gharper@winston.com
+1 214-453-6476 (Dallas)



**Based in the firm's Dallas office, Geoffrey has litigated cases in 26 states and four countries and is frequently sought out for his trial experience. He has tried more than 25 cases to verdict as lead counsel representing both plaintiffs and defendants with considerable success. As one client noted after hiring Geoffrey just three days before trial to take over his defense, "I will never go to trial without Geoffrey Harper again."**

| | |
|---|---|
| **Services** | Complex Commercial Litigation, Class Actions, Copyright Infringement, Brand Enforcement/ Trademark Litigation, Litigation, Trade Secrets, Product Liability & Mass Torts, Unfair Competition, Restrictive Covenants & Trade Secrets |
| **Sectors** | Professional Services, Financial Services & Banking, Insurance, Health Care & Life Sciences, Media & Entertainment, Consumer Products |
| **Admissions** | Texas |
| **Clerkships** | USCA - Ninth Circuit for the Honorable Chief Judge Procter Hug Jr. |
| **Education** | University of Texas, JD, 1995 |
| | Emory University, BA, 1990 |

Geoffrey Harper is a trial lawyer who concentrates his practice on complex commercial lawsuits, including contractual disputes, class actions, securities litigation, intellectual property disputes, employment disputes, arbitrations, and general commercial litigation.

Geoffrey's litigation philosophy involves preparing every case for trial from the very beginning of the engagement. While the majority of cases will be resolved long before trial, Geoffrey believes that the best way to achieve optimal results for his clients is to always focus on how the case would be tried.

## Experience

Geoffrey has represented plaintiffs and defendants in state and federal courts as well as before various arbitration entities. His first chair litigation experience includes the following areas:

- Class Actions – Represented plaintiffs and defendants in multiple class actions for violations of antitrust laws, securities fraud, FCRA, TCPA, and other torts
- Employment – Represented companies and employees in litigation over ERISA, employment contracts, fraud, theft of trade secrets, enforcement of anti-competition clauses, and other state and federal claims
- Securities Violations – Represented companies, directors, and shareholders in litigation for violations of state and federal laws

© 2022 Winston & Strawn LLP

- Commercial Disputes – Represented plaintiffs and defendants in suits alleging violations of contracts, merger agreements, unfair competition, fraud, breach of warranty, and other torts
- Intellectual Property – Represented plaintiffs and defendants in litigation for infringement of trademarks, trade dress litigation, copyright disputes, conversion, and theft of trade secrets
- Insurance – Multiple representations against insurers for breach of duties to defend and indemnify
- Appellate – Argued appeals throughout Texas and before four federal appellate circuits

Some of his recent litigation has included:

- In re Worldcom Sec. Litig. – Represented director and member of finance committee in multiple-class actions seeking more than $1 trillion for fraud and violations of securities laws. Settled all cases during jury selection for unique settlement allowing client to pay a fraction of damages of other directors.
- Utah Contract Action – Hired three days before trial after disastrous pretrial hearing which included summary judgment ruling on liability, sanctions orders, and evidence exclusions. Took over trial team and obtained jury verdict for half of last settlement offer and less than 10% of claimed damages. Settled case – and two related matters – before entry of judgment on extremely favorable terms.
- In re Cool Partners – Represented group of shareholders and bankruptcy estate in litigation against members of board of directors for fraud and breach of fiduciary duty.  Case settled during summary judgment argument for $9 million, representing 90% of corporate liability insurance policies.
- Missouri FCRA class action – Hired after existing trial counsel and magistrate judge recommended settlement of FCRA class action for $40 million. Altered case strategy, asserted new defenses, and engaged in minimal discovery. The day after filing the brief in opposition to plaintiff's motion for class certification, plaintiff called and asked to settle.  Case settled for $20,000.
- Multiple FCRA class actions – After obtaining the settlement above), client requested that Geoffrey take over seven class actions seeking more than $1 billion in damages pending in Virginia, California, Ohio, New York, and Illinois.  Obtained dismissals of multiple matters and stays in others. The remaining matters settled on extremely favorable terms.
- Yahoo/Broadcast.com – Hired after client received ex-parte TRO at 5:30 PM on December 23 ordering, among other things, Yahoo to turn off its website.  Obtained dissolution of TRO in less than 24 hours (after locating judge to conduct adversary hearing on a holiday). Case then traveled through multiple judges and jurisdictions with plaintiffs trying to reinstate injunctive relief (and recused judge). Obtained summary judgment of all claims against represented directors.
- Dallas Basketball – Represented client in multiple class actions for violation of the TCPA. Negotiated a settlement with a newly filed case (ending other class actions) for less than 1% of statutory damages.
- Dallas Basketball Cont. – After denial of insurance coverage, sued insurer for coverage of TCPA action. Obtained summary judgment of duty to defend and upheld order on appeal. Case settled for 100% of damages, all fees incurred in both cases, interest, and agreed punitive damages.
- Architect Suit – Represented architect in suit against world's largest architecture firm for fraud and breach of employment contract. After two-week trial, obtained jury verdict for more than $4 million representing 120% of requested award. Listed as one of the verdicts of the year by the Dallas Business Journal.
- Lighthouse Litigation – Represented insurance company in suit for infringement of client's lighthouse trademark. Obtained summary judgment of infringement.  After a one-week trial, jury awarded 100% of requested damages.
- Excel Transportation – Defended large transportation company in suit against former employees seeking more than $50 million for breach of contract and fraud. After two-week trial, jury awarded less than $1.5 million. Obtained complete defense verdict award of no damages on appeal.
- Hunt Asset Management – Representing Hunt family fund in litigation against investors in a telecommunications company. Case settled before trial for exchange of releases and no monies from Hunt.
- El Paso Electric Company v. Central & South West Inc. – Representing public utility in breach of contract suit involving failed merger. After obtaining partial verdict in excess of $25 million, case settled for $35

© 2022 Winston & Strawn LLP

million.

- *GTESS Corporation v. Imaged Data, Inc.* – Representing software manufacturer in contract dispute against licensee; obtained permanent injunction and damages after two-day arbitration.
- *Rodriguez v. Georgios Kyriacos Panayiotou* – Defending pop-singer George Michael in a defamation action brought by a Los Angeles police officer; obtained dismissal of all claims prior to the start of discovery.
- *Wiseman v. Johnson* – Representing individual in breach of contract case and obtained verdict of $3 million and finding of non-dischargeability in bankruptcy.
- *Lowrance v. Equinox Corporation* – Prosecuted class action against large multi-level marketing company client. Obtained and defended certification of class of consumers. Case settled for $40 million as defendant liquidated all assets.
- *In re Commercial Explosives Antitrust Litigation* – Prosecuted class action against explosive manufacturers for illegal pricing. Case settled with multi-million dollar payments by defendants.

*Some of the experience represented here may have been handled at a previous firm.*

## Honors & Awards

- Named a "Texas Super Lawyer" and "Texas Rising Star" in *Law & Politics Magazine*
- Voted as one of "The Best Lawyers Under 40 in Dallas" by *D Magazine*

## Credentials

Geoffrey received his BA from Emory University in 1990, and he received his JD, with honors, from the University of Texas Law School in 1995, where he was Managing Editor of the *Texas Law Review*, a Teaching Quizmaster, and a member of the Chancellor Society, Order of the Coif, and Order of Barristers.

© 2022 Winston & Strawn LLP

# Shannon Denise Lemajeur

Associate in Chicago
slemajeur@winston.com
+1 312-558-5213 (Chicago)



**Shannon is a litigation associate in the Chicago office.**

| | |
|---|---|
| **Services** | Litigation |
| **Admissions** | Illinois |
| **Education** | Northwestern University, JD, 2020 |
| | Indiana University, BA, 2017 |

Shannon is a litigation associate in the firm's Chicago office.

## Credentials

Shannon received her B.A., *summa cum laude*, in Political Science and Spanish from Indiana University in 2017. She received her J.D. from the Northwestern Pritzker School of Law in 2020, where she was an Associate Editor at the Journal of Criminal Law & Criminology.

© 2022 Winston & Strawn LLP

# Gianna Santoro

Associate in Chicago
gsantoro@winston.com
+1 312-558-5742 (Chicago)



**Gianna Santoro is a litigation associate in the Chicago office.**

| | |
|---|---|
| **Services** | Litigation |
| **Admissions** | Illinois |
| **Education** | University of Chicago, JD, 2021 |
| | Washington University - Saint Louis, BA, 2017 |

Gianna joins Winston & Strawn from the summer associate program and will focus her practice on litigation. During law school she worked at the Mandel Legal Aid Employment Law Clinic, where she worked on developing case strategy, discovery, settlement, and appellate brief writing. She has also worked as a legal and regulatory affairs intern for Ultimate Fighting Championship, where she gained experience in intellectual property law. Gianna was an intern with the Clark County District Attorney's Office and an extern for Judge Jennifer Togliatti of the Eighth Judicial District Court in Las Vegas.

## Credentials

Gianna received her B.A., *cum laude*, in English from Washington University in St. Louis in 2017. She received her J.D., with honors, from The University of Chicago Law School in 2021 as a Rubenstein Scholar. While in law school, she was the professional development chair of the Latinx Law Students Association and received the Thomas R. Mulroy Prize for Excellence in Appellate Advocacy.

© 2022 Winston & Strawn LLP

# Cardelle B. Spangler

Partner in Chicago
Chicago Managing Partner
cspangler@winston.com
+1 312-558-7541 (Chicago)



**Cardelle is the managing partner of Winston's Chicago office. Over her 20-year career as an employment litigator and advisor, Cardelle has concentrated her practice on employment relations litigation and counseling matters. She has significant experience representing clients in the medical device, pharmaceutical, food service, financial service, and transportation industries.**

---

| | |
|---|---|
| **Services** | Labor, Employment, Employee Benefits & Executive Compensation, Employment Law Advice, Counseling & Training, Discrimination, Harassment, Retaliation & Wrongful Termination Litigation, ERISA Litigation, Unfair Competition, Restrictive Covenants & Trade Secrets, Wage & Hour Compliance & Litigation, Government Program Fraud, False Claims Act, and Qui Tam Litigation |
| **Sectors** | Pharmaceuticals & Medical Devices, Financial Services & Banking, Professional Services, Consumer Products, Sports |
| **Admissions** | Illinois |
| **Court Admissions** | Northern District of Illinois, Eastern District of Michigan, USCA - 5th Circuit, USCA - 6th Circuit, USCA - 7th Circuit |
| **Education** | Washington University - Saint Louis, JD, 1997 |
| | Washington University - Saint Louis, BA, 1991 |

Cardelle Spangler is the managing partner of Winston's Chicago office. She has represented clients in complex class action, collective action, multi-plaintiff, and single plaintiff employment litigation. Cardelle has substantial trial experience before state and federal courts, as well as arbitrators. She has successfully defended collective action lawsuits brought under the Fair Labor Standards Act; class action lawsuits brought under ERISA alleging breaches of fiduciary duties against corporate and individual defendants; claims brought under ERISA for denial of benefits and discrimination; claims brought under various state and federal statutes for age, race, sex, color, religion, and disability discrimination and/or harassment; and common law and/or statutory claims for unfair competition, misappropriation of trade secrets, and various torts. Cardelle has also conducted harassment and other investigations, drafted employment and independent contractor agreements, and conducted labor and employment training.

**Major Appointments**

© 2022 Winston & Strawn LLP

In 2010, Cardelle was appointed by a federal judge to serve as compliance administrator for the Cook County Recorder of Deeds. Her responsibilities include(d), among other things, adjudicating employee claims of unlawful political discrimination, including awarding damages where appropriate; training the Recorder, supervisors and employees on unlawful political discrimination; monitoring and reporting on employment actions of the office; drafting an employment plan for approval by the parties and the court to ensure proper policies and procedures are established and followed to help prevent unlawful political discrimination in the office; and filing periodic public reports with the court on the office's progress toward substantially complying with the terms of the court's order.

## Experience

Cardelle's recent significant litigation matters include:

- Representing five members of the U.S. Women's National Soccer Team (USWNT) in a landmark action before the Equal Employment Opportunity Commission (EEOC) accusing the U.S. Soccer Federation of wage discrimination on the basis of gender. The matter helped garner the firm the designation of 'Law Firm of the Year' for Sports Law in the 2018 edition of *U.S. News & World Report* – Best Law Firms.
- Successfully prosecuting motions for temporary injunctive relief on behalf of major pharmaceutical and medical device company.
- Achieving substantial victory for a medical device company in a jury trial in federal court against claims of sex and pregnancy discrimination.
- Successfully defending a major restaurant chain against allegations of minimum wage, overtime and pay stub violations under the FLSA and Illinois state law.
- Prevailing on a motion to dismiss all claims against the independent fiduciary to a major airline's ERISA-covered plans in a class action lawsuit alleging breach of fiduciary duty under ERISA.
- Successfully defending a major airline in a two-week jury and bench trial in federal court against claims of retaliatory discharge.
- Achieving substantial victory for consulting firm in a three-week jury trial in state court against tort and discrimination claims.

## Honors & Awards

Cardelle was recognized by *The Best Lawyers in America® as the 2021 "Lawyer of the Year" in Litigation-Labor and Employment.* She has been selected as a 2017, 2018, 2019, and 2020 Illinois "Super Lawyer." She was recognized as a "Labor & Employment Star" in the 2020 edition of *Benchmark Litigation*. She was also selected as a 2016 "Leading Woman Lawyer" by Law Bulletin. Cardelle was selected as a 2015 Illinois Super Lawyer and an Illinois "Rising Star." In addition, Cardelle was selected as a 2015 "Leading Lawyer" by Law Bulletin.

In February 2022, Cardelle was among the team of lawyers named as runners-up for "Litigator of the Week" by *The American Lawyer* for their representation of current and former members of the U.S. Women's National Team in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams.

## Activities

Cardelle is a member of the firm's Associate Evaluation Committee. She is also a member of the board of directors of the Academy of Urban Schools Leadership.

## Credentials

Cardelle received a B.A. in Psychology from Washington University in 1991 and a J.D. from Washington University School of Law in 1997, where she was a member of the *Washington University Law Quarterly*.

© 2022 Winston & Strawn LLP

# Steven H. Stodghill

Partner in Dallas
sstodghill@winston.com
+1 214-453-6410 (Dallas)



**Steve's vast experience and success in complex litigation solidify him as one of the most accomplished commercial litigators in the country. He has successfully represented numerous high-profile clients across a wide array of complex commercial litigation areas, including prominent billionaires, Fortune 100 corporations, professional athletes, high-profile celebrities and world-renowned actors. Mr. Stodghill is an Eagle Scout with a Silver Palm, the highest rank in Scouting.**

| | |
|---|---|
| **Services** | Litigation, Appellate & Critical Motions, Complex Commercial Litigation, Securities Litigation, Antitrust Litigation, Class Actions, Intellectual Property |
| **Sectors** | Media & Entertainment |
| **Admissions** | Texas |
| **Education** | University of Texas, JD, 1987 |
| | University of Texas, BA, 1983 |

Steve Stodghill is a litigation partner in the firm's Dallas office. His practice emphasizes all aspects of complex litigation. Steve served as Team Counsel for the Dallas Mavericks from 2000 to 2002. He was a Founding Partner at Lynn, Stodghill, Melsheimer & Tillotson (which the *Texas Monthly* described in a 1998 article "Top Guns" as the "Navy Seals" of litigation), working with the firm from 1993 to 2000. He also served as a Legislative Assistant for Congressman Ralph M. Hall in 1985, as an associate with Akin, Gump, Strauss, Hauer & Feld from 1987 to 1993, and as a Partner at Fish & Richardson from 2000 to 2017.

In addition to being chief litigation counsel to Mark Cuban and the Dallas Mavericks for over 20 years, Steve has previously represented the interests of over 20 billionaires and other high-net worth individuals, including Todd Wagner, Tom Hicks, Lamar Hunt, Trammell Crow, Phil Romano, Richard Rogers, Tim Headington, Gerald Ford, John Rochon, the Wilks Brothers and multiple members of the Al Rajhi family. Steve has also represented Alex Rodriguez (former 14 time MLB All Star and 3 time MVP), Jeff Frye (Texas Rangers' shortstop), Carrie Prejean (former Miss California and first runner-up Miss USA) and her husband, Kyle Boller (quarterback Baltimore Ravens, Oakland Raiders), actor Judge Reinhold, David Yarrow (world's top photographer), Vince Young (quarterback, Tennessee Titans, Philadelphia Eagles), Michael Brockers (defensive end, St. Louis Rams, Detroit Lions), and Jonathan Scott (former offensive tackle, Detroit Lions, Buffalo Bills, Pittsburg Steelers). Steve has also represented multiple Real Housewives of Dallas, Jeremy Lock (seven time Military Photojournalist of the Year), two former playmates of the year, and Miss Teen Texas. Steve has also represented numerous prominent companies, including Yahoo!, Bank One, Zurich Financial, Mary Kay Cosmetics, Alcatel, Guaranty Federal Bank, Trammell Crow, Texaco, Xerox, Sabre, Eljer Industries, Qwest, Hunt Asset Management, Callaway Golf, Dean Foods, Fossil, broadcast.com, Richmont, U.S. Risk, Generation Partners, Prophet Equity, Comerica Bank, PlainsCapital Bank, AdvoCare, Worldwide Express, and Driscoll Children's Hospital in significant litigation matters.

© 2022 Winston & Strawn LLP

Steve has traveled to 88 countries on all 7 continents.

## TEXAS PUBLIC SAFETY COMMISSION

In September 2019, Governor Greg Abbott appointed Steve Stodghill to the Texas Public Safety Commission for a term running through January 1, 2024.

The Commission oversees the Texas Department of Public Safety (TxDPS), the agency responsible for statewide planning and policy formation regarding the enforcement of criminal, traffic, and safety laws; crime prevention; and law and public safety education. With an annual budget of $1.2 billion, TxDPS employs 11,000 across 13 divisions including the Texas Rangers, Texas Highway Patrol, Driver License, Regulatory Licensing, and Intelligence and Counterterrorism. In addition, the Commission interfaces with the Federal Bureau of Investigation, Central Intelligence Agency, National Security Agency, Department of Defense, and similar federal agencies, while advising the Governor in responding to state emergencies such as natural disasters, mass shootings, insurrections, invasions, and acts of terrorism.

Steve is the latest notable attorney to be appointed to the Commission. Recent members have included former Dallas County District Attorney Faith Johnson, Judge Ada Brown of the U.S. District Court for the Northern District of Texas, Judge Jason Pulliam of the U.S. District Court for the Western District of Texas, and former Texas Secretaries of State John Steen and Carlos Cascos.

## Honors & Awards

Steve was profiled in the *Texas Super Lawyers* 2003 magazine published by *Texas Monthly* in an article entitled "The Dark Knight: Holy Transactions and Litigation! Steve Stodghill comes to the rescue for all his famous clients." **As Mark Cuban**, owner of the NBA's Dallas Mavericks and Steve's long-time client, stated in that article: **"Steve's mind is always working on your case, and I like that … I'm not an expert in litigation, but Steve has one quality I really like: He wins."**

In 2016, *BTI Litigation Outlook 2017* named his firm one of the **"Most Feared Firms in Litigation,"** ranking the firm in the top 15 firms nationally and rating Steve's litigation group as either a "Standout" or "Honor Roll" for complex commercial litigation, class actions, product liability litigation, securities, and finance litigation and complex employment litigation.

- Named a Texas "Local Litigation Star" by *Benchmark Litigation* in 2017 and 2020.
- Named a Texas Super Lawyer by *Texas Monthly* (top 5% of the lawyers in the state) for each of the 17 years in which the publication has been in existence.
- Recognized in *The Legal 500 U.S.* for General Commercial Disputes in 2018.
- Recognized in *The Best Lawyers in America* in 2018, 2019, 2020, 2021 and 2022 for Commercial Litigation and Entertainment Law (Motion Pictures and Television) and in 2021 and 2022 for Appellate Practice.
- Named one of the top 500 lawyers in the nation for 2006 and 2007 by Lawdragon.com (and in the top 3,000 lawyers in the nation for 2008, 2009, 2010, and 2011).
- Recognized among the country's top business litigators in the 2008 and 2010 issues of Super Lawyers *Corporate Counsel Edition*.
- Named to the litigation section of the 2011 and 2012 Super Lawyers *Business Edition*.
- Named one of the top 15 business defense attorneys in North Texas in 2009 by the *Dallas Business Journal*.
- Listed as a "Top Rated Lawyer in Commercial Litigation" in *Corporate Counsel* and *The American Lawyer* in 2012.
- Described as "one of the absolute best case strategists and masterful business developers" by *Attorney at Law* magazine in 2017.
- The 2007 *Dallas Observer* "Best of Dallas" issue described Steve as a "pit bull of a lawyer."

© 2022 Winston & Strawn LLP

- For the last 25 years, Steve has had an AV Rating by Martindale-Hubbell, the highest rating for ethics and ability.

Steve's previous representation of Mark Cuban and the Dallas Mavericks has drawn numerous media accolades:

- *The Dallas Observer* called the motion: "The Greatest Legal Brief in the History of Jurisprudence."
- *The Fort Worth Star-Telegram* said the motion: " . . . extended the Mavericks victory parade another week."
- *The American Lawyer* described Steve as ". . . a longtime Cuban confidant . . . " and said Cuban is ". . . no stranger to high-powered defense lawyers."
- *The San Antonio Express-News* described the motion as ". . . the ultimate legal defense."
- *The Wall Street Journal* described Cuban's argument as "The Dallas Mavericks are world champions, so go pound sand."
- Entertainment website ology.com said: "Even Mark Cuban's legal team is the best in the world."
- GackSports.com said "Mark Cuban's Legal Document RULES!"
- CBSSports.com: "Mark Cuban files classic legal brief . . .probably the greatest legal brief in the history of legal briefs."
- A high-profile legal website labeled Cuban's legal team as ". . . the best lawyers around."

Steve was previously profiled in a cover story in *Texas Lawyer*: "When it's a serious issue, and [Mark] Cuban figures an opponent is after his deep pockets, the billionaire entrepreneur says he asks Stodghill to take care of the problem. 'When there is even a hint of a threat, I put Stodg on them to "Stodg them," meaning pull out all the stops and let them know they are dealing with Steve Stodghill and they don't have a chance,'" Cuban says.

## FILM ACTING AND PRODUCING CAREER

Steve has an extensive film acting and producing career, which can be seen at IMDB.com. In 2007, Steve played the role of Luke Wilson's lawyer in *The Wendell Baker Story* (co-starring Owen Wilson, Will Ferrell, Eva Mendes, and Harry Dean Stanton), a performance which Robert Wilonsky of *The Dallas Observer* described as "the best thing in the movie." In 2008, Steve appeared in the film *Karma Police*. In 2010, Steve was featured in the documentary *Dinner*. In 2015, Steve was featured in the film *Occupy, Texas*. In 2016, Steve appeared in the documentary *The Starck Club*. In 2019, Steve will be featured in the film *Undying* and the film *Satanic Panic*.

In 2018, Steve started a film production company named Last Rodeo Studios https://www.lastrodeostudios.com/. Last Rodeo Studios produced its first two feature films last year, *Scare Me* (a horror comedy) and *Save Yourselves!* (a Sci Fi comedy). Out of 14,000 submissions to The Sundance Film Festival last Fall, both were accepted and had their world premieres in January. Both films were accepted to The Dallas International Film Festival, Save Yourselves! was also accepted to SXSW, Rooftop Films and Scare Me made its international bow at the Lisbon International Horror Film Feast. Both films sold for wide distribution internationally after their debut at Sundance.

In 2021, Steve was awarded the prestigious Silver Telly Award for his co-production of *BIG NIGHT* (*At the Museum*), a film which highlighted the legacy of the Country Music Hall of Fame and Museum in Nashville, Tennessee. The American Alliance of Museums awarded *BIG NIGHT* a 2021 Bronze MUSE Award, acknowledging "outstanding achievement" in the engagement of audiences with useful and innovative programs and services and went on to receive over four million views while raising over one million dollars for The Country Music Hall of Fame and Museum. *BIG NIGHT (At the Museum*) earned three additional Telly Awards in the Concert, Non-For Profit and Fundraising, and Museums and Galleries categories.

## APPEARANCES IN LITERATURE

© 2022 Winston & Strawn LLP

Steve has appeared in print as a character in several thrillers by Harry Hunsicker, the former executive vice president of the *Mystery Writers of America: Shadow Boys* (Thomas & Mercer, December 2014); *The Grid* (Thomas & Mercer, August 2015); *The Devil's Country* (Thomas & Mercer, March 2017); and *Texas Sicario* (2019).

Steve has most recently made an appearance as "Trent Stodge," the villain of the story, in a thriller written by Brian Cuban: *The Ambulance Chaser* (Amazon 2021).

## CULTURAL REFERENCES

The Stodg Burger is a widely known, mammoth hamburger named for Steve. It has been on the menu at The Porch since the restaurant was opened in 2007 by local restaurateur Tristan Simon. Topped with a fried egg, bacon, and foie gras butter, the Stodg Burger recently helped The Porch claim the title as one of the Top 10 burger joints in the country as determined by reviewers on Foursquare; has been named a top 5 burger in the State of Texas by *Texas Monthly*; and in 2007, was named by *The Dallas Observer* as "Best Excuse for a Heart Attack."

The Stodg-a-rita at Trece Mexican Kitchen and Tequila Lounge is the most expensive margarita in the city of Dallas. It is shaken, with Herradura Seleccion Suprema tequila, fresh lime juice, organic agave nectar and a dash of Red Bull.

Steve is the featured interview in a December 2020 podcast of Last Letters in which he is described as "a Texas litigator who has represented Mark Cuban, celebrities, billionaires and multiple fortune 100 companies, Steve is truly a renaissance man who embodies the Batman ethos." Steve is interviewed by Jeremy Lock, a Bronze Star Medal recipient, who is the sole military photographer to be recognized seven times as the best in the business (Military Photographer of the Year 2002, '05, '06, '08, '10, '11 and '12).

# Activities

## Memberships

Dallas Bar Association; American Bar Association; Research Fellow, Southwestern Legal Foundation; Charter Member, Patrick E. Higginbotham American Inn of Court; Texas Bar Foundation.

## Philanthropic Activities

Steve has received four major awards for his career philanthropic efforts on behalf of charitable organizations in Dallas:

- The **2018 Larry Schoenbrun Jurisprudence Award** presented annually by the Anti-Defamation League to a member of the legal community for outstanding leadership, exemplary contributions to the community and a commitment to the ideals of the ADL.
- The **2018 Obelisk Award** presented annually by the Business Council for the Arts to companies and individuals whose contributions and achievements in the arts have made a profound impact in North Texas.
- The **2017 Stodghill Award** presented annually by the Dallas Film Society and Dallas International Film Festival to individuals based on their long-term efforts in support of film in North Texas.
- The **2012 Milton Levy Award** presented annually by Special Care and Career Services/LaunchAbility for lifetime service to children and young adults with cognitive disabilities.

AFI/Dallas International Film Festival/Dallas Film Society

- Chairman, 2019–2020
- Advisory Board Member, 2006–2015
- Executive Board, 2008–2009, 2012–2015
- Inaugural Chair of Festival, 2009

© 2022 Winston & Strawn LLP

- Recipient, The Stodghill Award for lifetime contribution to support of film in Dallas, 2016
- Host, Stodghill Classic Movie Night:
  - 2007 North by Northwest
  - 2008 The Searchers
  - 2009 Gentlemen Prefer Blondes
  - 2010 Touch of Evil
  - 2011 Giant
  - 2012 Singing in the Rain
  - 2013 Sweet Smell of Success
  - 2014 In the Heat of the Night
  - 2015 The Hustler
  - 2016 Who's Afraid of Virginia Woolf?
  - 2017 The Philadelphia Story
  - 2018 Harvey
  - 2019 Goldfinger
  - 2021 The Band Wagon

## American Cancer Society

- NorthPark Center 2018 Luxury Ambassador for The Cattle Baron's Ball

## American Film Institute

- National Advisory Council, 2011–2021
- Chair, 2016–2020
- Vice Chair, 2012–2016

## Anti-Defamation League

- Recipient, Larry Schoenbrun Jurisprudence Award, 2018

## Business Council for The Arts

- Host, The Obelisk Awards, 2016
- Recipient, Juror's Award, 2018

## Cancer Blows

- Chair, Gala 2016–2017

## Cattle Baron's Ball

- Cattle Baron's Advisory Committee 2021 and 2022
- Advisory Board, 2020

## Circle 10 Council, Boy Scouts of America

- Executive Committee Board, 2014–2017

## Constituting America

- Chair, Constituting America Dinner Honoring Texas Governor Rick Perry, 2011

## Country Music Hall of Fame

- Chair, All for the Hall Gala with Trisha Yearwood and Brooks & Dunn, 2021

## Dallas Contemporary

- Founding Member

Dallas Historical Society

- Chair, Texas Independence Day Celebration 2022

Dallas Holocaust Museum

- Host, Hope for Humanity Dinner, 2018

Dallas Noir Fest

- Co-Founder, 2022

Dallas Opera

- Board Member, 2012–2015
- Chair, First Night Dinner, 2015
- Host, Kick-off Party, 2012

Dallas Summer Musicals

- Board Member, 2010–2016
- Executive Committee, 2012–2016
- Host, Priscilla Queen of the Desert Cast Party, 2013
- Host, Nice Work If You Can Get It Cast Party, 2014
- Host, 42nd Street Cast Party, 2016

Dallas Symphony Orchestra

- Chair, Gala, 2013
- Host, Gala Kick-off Party, 2013

Delta Tau Delta (UT Austin)

- Architecture Committee, 2018–2021
- Vice President, 1981
- Pledge Class President, 1980

DIFFA

- Honorary Chair, 2015
- Style Council, 2014
- Host, Burgers, and Burgundy Fundraiser, 2012

John Wayne Cancer Foundation

- Chair, John Wayne Film Festival, 2014
- Honorary Chair, John Wayne Film Festival, 2015

Leadership Foundation

- Recipient, Business Leadership Award, 2012

Mission Olé

- Host Fundraiser

North Texas Food Bank

© 2022 Winston & Strawn LLP

- Honorary Chair, Harvest, 2015

Parish Episcopal School

- Capital Campaign, External Relations Committee, 2019–2021

Ronald McDonald House

- Host, Kick-off Party, 2016

Southern Methodist University

- Member, President's Associates, 2017
- Fiftieth Anniversary Ambassador, Meadows Museum
- Founding Chair, John Alexander Membership Society, Meadows Museum
- Executive Board, Meadows School of the Arts, 2017–2021
- Board Member, SMU Tate Lecture Series, 2008–2013
- Chair, Strategic Planning Committee, SMU Tate Lecture Series, 2010–2011
- Nomination Committee, SMU Tate Lecture Series, 2012–2013

SPCA

- Honorary Chair, Fur Ball, 2016

Special Care and Career Services/LaunchAbility

- Inaugural Chair of Special Evening Event, 2003
- Board Member, 2006–2011
- Honorary Chair of Special Evening Event, 2007
- Inaugural Chair of Community Advisory Board, 2011–2012
- Recipient, Milton Levy Award for Lifetime Service, 2012
- Foundation Trustee, 2012
- Host, Special Evening Kick-off Party, 2013
- Host, Special Evening Kick-off Party, 2015

Sports for Education and Economic Development (SEEDS)

- Chair, NBA All Star Game VIP Party, 2010

Texas Public Policy Foundation

- Host, Dallas Liberty Leadership Council Reception Honoring LTC Allen B. West, 2018

Texas Rangers Foundation

- Host, Dallas 2023 Gala Honoring the Bicentennial of The Texas Rangers

Turtle Creek Recovery Center

- Founder, A Night at the Turtle Creek Karaoke Lounge, 2010
- Honorary Chair, A Night at the Turtle Creek Karaoke Lounge, 2012

University of Texas

- Advisory Board, School of Liberal Arts, 2014–2023
- Advisory Council, Harry Ransom Center, 2015–2023
- Host of Reception for Director of Harry Ransom Center, Stephen Enniss, to promote Spring Gala, 2016
- Lifetime Member, The Littlefield Society

© 2022 Winston & Strawn LLP

- Chancellor's Council, 2016–2023
- Executive Committee, Chancellor's Council, 2017–2023
- Board of Directors, Texas Exes, 2022–2025

University of Texas School of Law

- Strategic Advisor, 2013–2020
- Texas Law Alumni Reunion Committee, 2017
- Host, Reception Honoring Law School Dean, Ward Farnsworth, 2016

USA Film Festival

- Opening Night Host with Jennifer Grant and David Hyde Pierce, 2011
- Screening Host: To Catch a Thief, 2011

Vince Young Foundation/Leadership Foundation

- Chair, Boots and Bling Gala, 2012
- Sponsor, Texas vs. USC Gala, 2018

World Affairs Council of Dallas/Fort Worth

- Host, 34th Annual H. Neil Mallon Award Dinner for Dirk Nowitzki, 2017

## Credentials

Steve received his B.A., *magna cum laude*, with honors, in 1983 from the University of Texas, where he was a member of Phi Beta Kappa. He received his J.D. from the University of Texas at Austin School of Law in 1987.

## Publications & Speaking Engagements

- "Punitive Damages: Standard-less Juries, Due Process & Current Reform," address before the American Bar Association Litigation Section Meeting Business Torts Committee (Aug. 9, 1993)
- Co-Author: with Thomas M. Melsheimer, "Annual Survey to Texas Law: Damages," 46 *Southern Methodist University Law Review* 1315, Spring 1993
- "Due Process and Punitive Damages: Providing Meaningful Guidance to the Jury," 47 *Southern Methodist University Law Review* 329, January/February 1994
- Co-author, "The Law of Sexual Harassment on Campus: A Work on Progress," *The Review of Litigation*, University of Texas School of Law, Summer 1994
- Author: "Anita Hill's Legacy: While Texas Courts Tighten the Boundaries, Juries Pave the Way for Sexual Harassment Plaintiffs," *Texas Lawyer Labor & Employment Law Supplement*, Volume 12, Number 15, June 24, 1995
- "The Top Ten Factors in Evaluating a Sexual Harassment Case," *Texas Lawyer Labor & Employment Law Supplement*, Volume 12, Number 15, June 24, 1995
- Co-author, "Race and Sex Discrimination," University of Houston Advanced Employment Law Seminar, February (Dallas) and March (Houston), 1997
- Co-author, "Race and Sex Discrimination," University of Houston Advanced Employment Law Seminar, March (Dallas, Houston), 1998
- Co-author, "Race and Sex Discrimination," University of Houston Advanced Employment Law Seminar, February (Dallas, Houston), 1999
- "Rolling the Dice: A Plaintiff and Defense Perspective on Texas Employment Law," ABA Litigation Section 1999 Annual Meeting, April 1999

© 2022 Winston & Strawn LLP

# Thomas B. Walsh, IV

Partner in Dallas
Co-Chair, Complex Commercial Litigation Practice
twalsh@winston.com
+1 214-453-6460 (Dallas)



**Tom's skills as a seasoned trial lawyer have been widely recognized by a number of leading legal directories. *Texas Super Lawyers* has ranked Tom in the list of top lawyers in Texas from 2007-2021, and he has been selected to the prestigious *Best Lawyers in America*® for Commercial Litigation from 2014-2022 and for Intellectual Property Litigation from 2018-2022.**

| | |
|---|---|
| **Services** | Class Actions, Litigation, Complex Commercial Litigation, Patent Litigation, Intellectual Property, Brand Enforcement/ Trademark Litigation, Trade Secrets |
| **Sectors** | Financial Services & Banking |
| **Admissions** | Texas |
| **Clerkships** | USDC - Northern District of TX for the Honorable Joe Kendall |
| **Education** | University of Texas, JD, 1992 |
| | Southern Methodist University, BA, 1989 |

Tom Walsh is an accomplished trial lawyer who has substantial experience successfully handling complex commercial litigation cases, class action cases, and patent litigation cases in jurisdictions throughout Texas and the United States.

Tom previously served as a law clerk for the Honorable Joe Kendall, U.S. District Judge for the Northern District of Texas. Additionally, he maintains an "AV" rating by Martindale-Hubbell. Tom also serves as the firm-wide Co-Chair for Winston's Complex Commercial Litigation Practice. Prior to joining Winston, he served as a principal in the Dallas office of another *Am Law* 100 firm and was one of seven elected members who served on the national Management Committee for his prior law firm.

## Honors & Awards

- *The Legal 500 U.S.* for Patent Litigation (2018)
- *D Magazine*, "Best Lawyer in Dallas" (2016–2020, 2022)
- *D Magazine*, "Best Lawyer Under 40 in Dallas" (2002, 2004, and 2006)
- *U.S. News & World Report – Best Lawyers in America* for Commercial Litigation (2014–2022); Intellectual Property Litigation (2018–2022)
- *Texas Super Lawyers* (2007–2021)
- BTI Client Service All-Star 2020
- 2013 Top Rated – AV® PreeminentTM Lawyers in Intellectual Property Law

© 2022 Winston & Strawn LLP

**Activities**

Outside his law practice, Tom has extensive experience in radio and TV broadcasting. The 2022 season will mark his 25th consecutive season in serving as the football radio play-by-play announcer for Jesuit College Preparatory School in Dallas, the largest private high school in Texas. Additionally, Tom has called play-by-play and color commentary on radio and TV broadcasts for numerous basketball games on the college level. For example, he has served in the analyst role for nationally televised collegiate basketball games featuring Duke, North Carolina, Kansas, Wisconsin, Louisville, Michigan, Michigan State, Texas, Texas A&M, UCLA, Syracuse, Villanova, Florida, Georgetown, and many other well-known universities.

## Credentials

Tom received his B.A., *magna cum laude*, from Southern Methodist University in 1989, and he received his J.D. from University of Texas at Austin School of Law in 1992.

## Publications & Speaking Engagements

Tom is frequent lecturer to trial lawyers and corporate counsel on a variety of substantive law and trial science topics. He lectured on *Markman* hearings at the State Bar of Texas' Intellectual Property Law Section's 2nd Annual Advanced Patent Litigation Course in 2006. He made a return appearance in 2007 to present on *Markman* hearings, as well as "Injunctive Relief After eBay." In 2009, Tom spoke on "Arbitration: How to Bust or Follow Through on an Arbitration" at the State Bar of Texas' Advanced Civil Trial Course in San Antonio. In 2011, Tom spoke on the subject of "Strategies for Handling Large Numbers of Defendants" at the State Bar of Texas' Intellectual Property Law Section's 6th Annual Advanced Patent Litigation Course in San Antonio. He also spoke on the subject of opening statements at the State Bar of Texas' Advanced Civil Trial Law Course in 1999.

In December 2017, Tom was featured in the Dallas Edition of *Attorney at Law Magazine,* where he discusses his commitment to preparation, passion for the law, and life outside of Winston. Read the full profile.

© 2022 Winston & Strawn LLP

# Mike Woodrum

Associate in Dallas
mwoodrum@winston.com
+1 214-453-6530 (Dallas)



**Mike focuses his practice on complex commerical litigation and he draws from his time clerking on the Fifth Circuit when drafting dispositive motions and appellate briefs. Mike has experience arguing in state court and he has handled matters ranging from contract disputes in the oil and gas industry to discrimination claims in healthcare and education.**

| | |
|---|---|
| **Services** | Litigation, Complex Commercial Litigation, Appellate & Critical Motions, Labor, Employment, Employee Benefits & Executive Compensation, Trade Secrets |
| **Admissions** | Texas |
| **Clerkships** | USCA - Fifth Circuit for the Honorable Jennifer Walker Elrod |
| **Court Admissions** | Fifth U.S. Circuit Court of Appeals |
| **Education** | University of Texas, JD, 2020 |
| | University of Dallas, BA, 2017 |

Mike Woodrum is a litigation associate in the firm's Dallas office. He has experience drafting motions and briefs, arguing in Texas state court, and participating in mediations and depositions. He has worked on matters involving the Defend Trade Secrets Act, the Americans with Disabilities Act, Title VII of the Civil Rights Act, the Texas Labor Code, the Texas Property Code, and federal and state fraud statutes.

Prior to joining the firm, Mike was a Judicial Law Clerk to the Honorable Jennifer Walker Elrod at the United States Court of Appeals for the Fifth Circuit.

During his time at the University of Texas School of Law he worked as an associate editor on the Texas Law Review and as a Research Assistant for Professor Susan Klein. Mike also worked as a Law Clerk at the Office of the Attorney General of Texas in the Antitrust Section, and he interned for Honorable Trevor N. McFadden at the United States District Court for the District of Columbia.

**Credentials**

© 2022 Winston & Strawn LLP

Mike received his B.A., *summa cum laude with first honors*, in Philosophy and Economics with a concentration in Latin from the University of Dallas in 2017, where he was a member of Phi Beta Kappa and President of Phi Sigma Tau. He received his J.D. from the University of Texas School of Law in 2020, where he graduated as a Chancellor at Large and a member of the Order of the Coif.

## Publications & Speaking Engagements

Publications:

- *Knowledge and the Nexus Requirement in Obstruction-of-Justice Offenses*, 99 Texas L. Rev. 417 (2020)

© 2022 Winston & Strawn LLP

# Ashley Wright

Associate in Dallas
ajwright@winston.com
+1 214-453-6457 (Dallas)



**Ashley is a litigation associate in the firm's Dallas office. Prior to joining the firm, she served as law clerk to the Honorable Sam A. Lindsay of the U.S. District Court for the Northern District of Texas. Ashley is a former Editor-in-Chief of *Accessible Law* at UNT Dallas College of Law.**

| | |
|---|---|
| **Services** | Litigation, Complex Commercial Litigation, White Collar, Regulatory Defense & Investigations |
| **Admissions** | Texas |
| **Clerkships** | USDC - Northern District of TX for the Honorable Sam A. Lindsay |
| **Court Admissions** | Northern District of Texas |
| **Education** | University of North Texas, JD, 2018 |
| | Delta State University, MBA, 2012 |
| | University of North Texas, BBA, 2009 |

Ashley is a litigation associate in the firm's Dallas office. Prior to joining the firm, she served as law clerk to the Honorable Sam A. Lindsay of the U.S. District Court for the Northern District of Texas. While attending law school, she worked as a full-time high school English teacher. During law school, she also worked as a Judicial Extern for the Honorable Judge Tina Yoo Clinton in the Dallas County Criminal Courts, the Honorable Judge Eric V. Moyé in the Dallas County Civil Courts, and the Honorable Justice Eva Guzman of the Supreme Court of Texas. Additionally, she served as an extern for the UNT System Office of the General Counsel in Dallas. During her clerkship, Ashley gained extensive experience in a variety of criminal and civil litigation matters.

## Honors & Awards

Selected to the National Black Lawyers Top 40 Under 40 (2021)

## Activities

- Dallas Bar Association
- Dallas Association of Young Lawyers
  - Lawyers Promoting Diversity Committee (Co-chair)
  - Law Student Assistance Committee

- UNT Dallas College of Law, Bedford Mentorship Program - Mentor

© 2022 Winston & Strawn LLP

**Credentials**

Ashley received her B.B.A., with honors, from the University of North Texas in 2009. She received her M.B.A from Delta State University in 2012. She received her J.D., *magna cum laude*, from UNT Dallas College of Law in 2018, where she was the Editor-in-Chief and Staff Reporter for Accessible Law – Law Review.

## Publications & Speaking Engagements

- Co-moderator, *Courthouse Conversations - Diversity in the Legal Profession & The Courts: How Do we Go from Baby Steps to Giant Steps, Inc.*, CLE Presentation, United States District Court for the Northern District of Texas, June 22, 2020.
- Co-moderator, *Courthouse Conversations - Veterans of the Federal & State Bench: A Combined 100+ Years of War Stories*, CLE Presentation, United States District Court for the Northern District of Texas, July 2, 2020.
- Co-moderator, *Inspiring Women on Leaning In and Standing Out*, CLE Presentation, United States District Court for the Northern District of Texas, June 30, 2020.
- Moderator and Program Facilitator, *Allies! Mentors! Sponsors! Oh My! – Elevating the Success of Minority* Lawyers, CLE Presentation, Dallas Association of Young Lawyers, August 13, 2020.

© 2022 Winston & Strawn LLP