IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICK THOMAS,<br><br>　Plaintiff,<br><br>v.<br><br>COOK CHILDREN'S HEALTH CARE SYSTEM, et al.,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-01272-O |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to Respond to Bill of Costs and Motion for Fees (ECF No. 139), filed May 18, 2022. The Court **GRANTS in part** an extended deadline. Plaintiff must respond to Defendants' Bill of Costs and Motion for Fees **no later than June 6, 2022**.

**SO ORDERED** on this **19th day** of **May, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE