IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **PATRICK THOMAS,** § § § **Plaintiff,** § § **v.** § § **COOK CHILDREN'S HEALTH CARE** § **SYSTEM, et al.,** § § **Defendants.** § § § § | Civil Action No. 4:20-cv-01272-O |

## ORDER

Before the Court is Defendants' Motion for Fees (ECF No. 138), filed May 16, 2022. The Court hereby **REFERS** this motion and all related responses, replies, briefs in support, appendices, etc., to United States Magistrate Judge Ray for determination or recommendation to this Court. *See* 28 U.S.C. § 636(b)(1).

**SO ORDERED** on this **2nd day** of **August, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE