RECEIVED
By Tamara Ellis at 12:03 pm, Sep 27, 2022

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-10535  Thomas v. Cook Children's Health
USDC No. 4:20-CV-1272

Enclosed is an order entered in this case.

The court has considered the motion of Cook Children's Health Care System, Nancy Cychol, Cook Children's Medical Center, Cook Children's Physician Network, Rick Merrill, W. Britt Nelson, Donald Beam, Larry Reaves to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Cook Children's Health Care System, Nancy Cychol, Cook Children's Medical Center, Cook Children's Physician Network, Rick Merrill, W. Britt Nelson, Donald Beam, Larry Reaves may obtain all ex parte documents *filed on behalf of* Cook Children's Health Care System, Nancy Cychol, Cook Children's Medical Center, Cook Children's Physician Network, Rick Merrill, W. Britt Nelson, Donald Beam, Larry Reaves, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Claire Elise Dial
Ms. Stacey Gray
Mr. Geoffrey S. Harper
Ms. Karen S. Mitchell
Mr. Brian Paul Sanford
Ms. Elizabeth J. Sanford
Ms. Cardelle B. Spangler
Mr. Michael Woodrum