**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| **PATRICK THOMAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-01272-O** |
| | § | |
| **COOK CHILDREN'S HEALTH CARE** | § | |
| **SYSTEM, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that Defendants' Motion for Award of Defense Expenses and Attorneys' Fees (ECF No. 138), filed May 16, 2022, is hereby **DENIED**.

**SO ORDERED** on this **5th day** of **April, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**